```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| STACY POWER and<br>AL B. HILL, as Receiver for<br>Credit Nation Capital, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIE FAMILY LIFE INSURANCE<br>COMPANY,<br><br>    Defendant. | :  CIVIL ACTION<br>:  NO. 18-02094<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **O R D E R**

**AND NOW**, this **1st** day of **August, 2019,** upon consideration of Defendant's Motion for Summary Judgment (ECF No. 47) and Plaintiffs' Motion for Partial Summary Judgment (ECF No. 48), and the responses to each, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant's Motion for Summary Judgment (ECF No. 47) is **GRANTED** as to Plaintiff Hill's claims. Hill's claims are **DISMISSED.**

2) Defendant's Motion for Summary Judgment (ECF No. 47) is **GRANTED** as to Plaintiff Power's claims. Judgment shall be entered in favor of Defendant and against Power.

3) Defendant's Motion for Summary Judgment (ECF No. 47) is **DENIED** as moot as to Erie's Counterclaim for Declaratory Judgment.

4) Plaintiffs' Motion for Partial Summary Judgment (ECF No. 48) is **DENIED**.

5) The Clerk of Court shall mark this case **CLOSED**.

    **AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*